United States Bankruptcy Court for the:

**District of New Mexico**

Case number (if known): _____  Chapter **11**

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. Debtor's name | **Bosque Brewing Co., LLC, a New Mexico limited liability company** |

| | |
|---|---|
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as names* | **Restoration Pizza**<br><br>**The Drinkery** |

| | |
|---|---|
| 3. Debtor's federal Employer Identification Number (EIN) | **2 6 – 4 0 9 8 9 0 3** |

**4. Debtor's address**

**Principal place of business**

**3800 Rutledge Rd Ne**
Number     Street

**Albuquerque, NM 87109-4573**
City                    State    ZIP Code

**Bernalillo**
County

**Mailing address, if different from principal place of business**

Number     Street

City                    State    ZIP Code

**Location of principal assets, if different from principal place of business**

**834 US-550**
Number     Street

**Bernalillo, NM 87004**
City                    State    ZIP Code

| | |
|---|---|
| 5. Debtor's website (URL) | **https://www.bosquebrewing.com/** |

| | |
|---|---|
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
<u>3</u>  <u>1</u>  <u>2</u>  <u>1</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                   MM / DD / YYYY

         District _____ When _____ Case number _____
                                   MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

         District _____ When _____
                                     MM / DD / YYYY

         Case number, if known _____

| 11. Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|
| | ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** *(Check all that apply.)* |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | What is the hazard? _____ |
| | ☐ It needs to be physically secured or protected from the weather. |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☐ Other _____ |
| | **Where is the property?** _____ |
| | Number        Street |
| | _____ |
| | _____ |
| | City                                                    State    ZIP Code |
| | **Is the property insured?** |
| | ☐ No |
| | ☐ Yes.    Insurance agency _____ |
| | Contact name _____ |
| | Phone _____ |

---

**Statistical and administrative information**

| 13. Debtor's estimation of available funds? | *Check one:* |
|---|---|
| | ☑ Funds will be available for distribution to unsecured creditors. |
| | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☐ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☑ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| 15. Estimated assets | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __10/06/2025__
              MM/ DD/ YYYY

**X** __/s/ Gabriel Jensen__                           __Gabriel Jensen__
   Signature of authorized representative of debtor           Printed name

Title    __Managing Member/CEO__

**18. Signature of attorney**

**X** __/s/ Chris Gatton__      Date __10/06/2025__
   Signature of attorney for debtor               MM/ DD/ YYYY

__Chris Gatton__
Printed name

__Gatton & Associates, P.C.__
Firm name

__10400 Academy NE Suite 350__
Number      Street

__Albuquerque__           __NM__     __87111__
City                     State     ZIP Code

__(505) 271-1053__           __chris@gattonlaw.com__
Contact phone                  Email address

__138226__                __NM__
Bar number                State

Fill in this information to identify the case:

Debtor name    **Bosque Brewing Co., LLC, a New Mexico limited liability company**

United States Bankruptcy Court for the:

**District of New Mexico**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an** *insider,* **as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Sysco - New Mexico<br>Po Box 10942<br>Albuquerque, NM 87184-0942 | | Vendor Invoice | | | | $487,881.68 |
| 2 Richard and Michelle Dowdican Revocable Trust UAD March 25, 2013<br>1039 Cottonwood Dr Nw<br>Los Ranchos, NM 87107-6751 | | Convertible Note | | | | $400,000.00 |
| 3 Chase Bank<br>Attn Bankruptcy Department<br>Po Box 6294<br>Carol Stream, IL 60197-6294 | | Credit Card | | | | $114,839.99 |
| 4 Todd Schumacher<br>67 Juniper Hill Loop Ne<br>Albuquerque, NM 87122-2004 | | Convertible Note | | | | $113,500.00 |
| 5 New Mexico United<br>3500 Central Ave SE STE 2<br>Albuquerque, NM 87106 | | Sponsoship Agreement | | | | $86,438.63 |
| 6 RahrBSG Malting Co.<br>9650 E 40th Ave Ste 200<br>Denver, CO 80238-5008 | | Vendor Invoice | | | | $84,399.78 |
| 7 Linde Gas & Equipment<br>Po Box 120812<br>Dallas, TX 75312-0812 | | Vendor Invoice - $CO_2$ Provider | | | | $64,174.51 |
| 8 Ryan and Brandi Mummert<br>9523 Lyndale Ln Nw<br>Albuquerque, NM 87114-5962 | | Convertible Note | | | | $56,250.00 |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 1

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | William Irwin<br>9808 Big Sage Dr. NW<br>Albuquerque, NM 87114 | | Convertible Note | | | | $56,250.00 |
| 10 | Admiral Beverage Corp.<br>Po Box 726<br>Worland, WY 82401-0726 | | Vendor Invoice - Beer & Packaging | | | | $52,619.95 |
| 11 | Ben E. Keith<br>PO Box 791<br>Fort Worth, TX 76101 | | Vendor Invoice - Food/Bosque Heights | | | | $41,482.33 |
| 12 | Ben E. Keith<br>PO Box 791<br>Fort Worth, TX 76101 | | Vendor Invoice - Food/Bernalillo | | | | $39,886.76 |
| 13 | Chase Bank<br>Attn Bankruptcy Department<br>Po Box 6294<br>Carol Stream, IL 60197-6294 | | Credit Card | | | | $38,907.60 |
| 14 | Nathan Whinham<br>45 Sego Lane<br>Corrales, NM 87048 | | Employment contract buyout | | | | $37,500.00 |
| 15 | Brett Cooper<br>753 West La Entrada<br>Corrales, NM 87048 | | Private Loan | | | | $35,784.79 |
| 16 | NorCal Holdings, LLC<br>8100 Wyoming Blvd Ne # M41385<br>Albuquerque, NM 87113-1946 | | Private Loan | | | | $33,085.98 |
| 17 | Yakima Chief Hops<br>306 Division St<br>Yakima, WA 98902-4553 | | Proprietary hop sales (beer ingredients) | | | | $32,854.53 |
| 18 | Blackgarden Law<br>317 Commercial St NE<br>Albuquerque, NM 87102 | | Legal Fees | | | | $32,618.44 |
| 19 | Ben E. Keith<br>PO Box 791<br>Fort Worth, TX 76101 | | Vendor Invoice - Food/Telshor | | | | $32,441.49 |
| 20 | Ben E. Keith<br>PO Box 791<br>Fort Worth, TX 76101 | | Vendor Invoice - Food/Resto Abq. | | | | $32,085.02 |

**500 MARKET, LLC**
C/O LUNA CAPITAL MANAGEMENT, LLC
83 PLACITA DE ORO APT 7
SANTA FE, NM 87501-1568


**500 MARKET, LLC**
JURGENS & WITH P.A.
100 LA SALLE CIR STE A
SANTA FE, NM 87505-6976


**A CLEANSLATE**
520 AIRPORT DR NW STE A8
ALBUQUERQUE, NM 87121-2557


**A GOOD SIGN**
401 2ND ST SW
ALBUQUERQUE, NM 87102-3307


**AAA PUMPING-GREASE**
PO BOX 12186
ALBUQUERQUE, NM 87195-0186


**ADMIRAL BEVERAGE CORP.**
PO BOX 27821
ALBUQUERQUE, NM 87125


**ADMIRAL BEVERAGE CORP.**
PO BOX 726
WORLAND, WY 82401-0726


**ALL AMERICAN JETTING SERVICES**
4085 CALLE CORTE
LAS CRUCES, NM 88011-4220

ALTAR SPIRITS
545 CAMINO DE LA FAMILIA
SANTA FE, NM 87501-1197


AMERICAN LINEN & UNIFORM
SUPPLY
550 N CHURCH ST
LAS CRUCES, NM 88001-3440


AMERICAN REFRIGERATION
PO BOX 92644
ALBUQUERQUE, NM 87199-2644


AMERIS BANK
575 ANTON BLVD STE 1080
COSTA MESA, CA 92626-7685


ASCAP
21678 NETWORK PLAC
CHICAGO, IL 60673-0001


ASPEN PRINTING COMPANY,
INC.
2517 COMANCHE RD NE
ALBUQUERQUE, NM 87107-4720


A-TECH SECURITY, INC.
4616 HAWKINS ST NE
ALBUQUERQUE, NM 87109-4364


A-TECH/NEXTLEVEL
PO BOX 92948
ALBUQUERQUE, NM 87199-2948

ATLAS PUMPING COMPANY,
INC.
PO BOX 10477
ALBUQUERQUE, NM 87184-0477


AUTO-CHLOR SYSTEM OF
ALBUQUERQUE, INC.
3211 MATTHEW AVE. NE
ALBUQUERQUE, NM 87107-1926


AZTEC MECHANICAL, INC.
2509 COMANCHE RD. NE
ALBUQUERQUE, NM 87107


BASH BROS, LLC DBA MARBLE
BREWERY
111 MARBLE AVE NW
ALBUQUERQUE, NM 87102-2315


BEN E. KEITH
PO BOX 791
FORT WORTH, TX 76101


BEST PEST MANAGEMENT
PO BOX 4505
ALBUQUERQUE, NM 87196-4505


BLACK DOG SHREDDING INC.
2800 VASSAR DR NE STE B
ALBUQUERQUE, NM 87107-1828


BLACKGARDEN LAW
317 COMMERCIAL ST NE
ALBUQUERQUE, NM 87102

BMI
PO BOX 630893
CINCINNATI, OH 45263-0893

BOOK + WHITTLE
4000 HAMILTON MIDDLETOWN RD.
HAMILTON, OH 45011

BRETT COOPER
753 WEST LA ENTRADA
CORRALES, NM 87048

BREWERS SUPPLY GROUP,
INC. D/B/A BSG
800 1ST AVE W
SHAKOPEE, MN 55379-1148

BREWERY WASTEWATER
DESIGN
8191 E HELEN ST
TUCSON, AZ 85715

BRUCKNER LEASING
COMPANY
9471 I 40 E
AMARILLO, TX 79118-6960

BRUNACINI DEVELOPMENT,
LTD. CO.
C/O BRUCE CASTLE, ESQ.
CASTLE & CASTLE
1776 MONTANO RD NW STE 6
LOS RANCHOS, NM 87107-3245

BRUNACINI DEVELOPMENT,
LTD. CO.
C/O ANGELO BRUNACINI
PO BOX 6363
ALBUQUERQUE, NM 87197

BUG GUY PEST CONTROL
PO BOX 13655
LAS CRUCES, NM 88013-3655


CAC, INC.
610 INDUSTRIAL AVE NE
ALBUQUERQUE, NM 87107


CARSON'S WINDOW SERVICE
INC.
5053 BLACK QUARTZ RD
LAS CRUCES, NM 88011-9309


CERVANTES III, LTD. CO.
PO BOX 158
LA MESA, NM 88044-0158


CHANNEL PARTNERS CAPITAL
LLC
10900 WAYZATA BOULEVARD SUITE 300
HOPKINS, MN 55305


CHASE BANK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 6294
CAROL STREAM, IL 60197-6294


CHTD
PO BOX BOX 2576
SPRINGFIELD, IL 62708


CITY OF ALBUQUERQUE
TREASURY ALARM UNIT
PO BOX 25700
ALBUQUERQUE, NM 87125

COLLEGIATE LICENSING
COMPANY
ATTN: ROYALTY OPERATIONS
1075 PEACHTREE STREET SUITE 3300
ATLANTA, GA 30309

CORPORATION SERVICE
COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703

CORPORATION SERVICE
COMPANY
AS REPRESENTATIVE
PO BOX 2576
SPRINGFIELD, IL 62708-2576

COUNTRY MALT GROUP
PO BOX 51602
LOS ANGELES, CA 90051-5902

COZZINI BROS, INC.
8430 W BRYN MAWR AVE STE 800
CHICAGO, IL 60631

CROWN BUILDING
MAINTENANCE, INC.
801 E. LAS CRUCES AVE
LAS CRUCES, NM 88001

CT CORPORATION SYSTEM,
AS REP.
ATTN: SPRS
303 N BRAND BLVD STE 7100
GLENDALE, CA 91203-2303

DAVID & CHARLOTTE
MICHNOVICZ
1492 ODDSTAD DRIVE
REDWOOD CITY, CA 94063

DAVID MICHNOVICZ - IRA
6301 INDIAN SCHOOL RD. NE SUITE 800
ALBUQUERQUE, NM 87110


DE LAGE LANDEN FINANCIAL
SERVICES, INC.
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087


DGM, LLC
PO BOX 37438
ALBUQUERQUE, NM 87176


DGM, LLC
C/O ROGER COX
1717 LOUISIANA BLVD NE STE 111
ALBUQUERQUE, NM 87110


DRIVERS LICENSE GUIDE
COMPANY
1492 ODDSTAD DRIVE
REDWOOD CITY, CA 94063


DTIQ TECHNOLOGIES, INC.
11 APEX DR STE 300A
MARLBOROUGH, MA 01752-1977


DWIGHT'S GLASS & MIRROR
4501 ALAMEDA NE
ALBUQUERQUE, NM 87113


EASY ICE
925 W WASHINGTON ST STE 100
MARQUETTE, MI 49855-4061

EKOS SOFTWARE, INC.
2520 N BREVARD ST STE 200
CHARLOTTE, NC 28205-1822


EVERON, LLC
PO BOX 219044
KANSAS CITY, MO 64121-9044


FAIRCHILD SEARCH
3400 CAPTIAL BLVD S
OLYMPIA, WA 98501


FELIX CHAVEZ ENTERPRISES
1120 10TH STREET SE
RIO RANCHO, NM 87124


FINANCIAL AGENT SERVICES
P.O. BOX 2576
SPRINGFIELD, IL 62708


FINANCIAL PACIFIC
LEASING, INC.
ATTN: BANKRUPTCY DEPARTMENT
PO BOX BOX 4568
FEDERAL WAY, WA 98063


FIRE SAFETY ASSOCIATION
215 COMPRESS
LAS CRUCES, NM 88005


FIRST FINANCIAL ESCROW,
INC.
10600 MENAUL BLVD NE
ALBUQUERQUE, NM 87112-2412

FIRST-CITIZENS BANK &
TRUST COMPANY
155 COMMERCE WAY
PORTSMOUTH, NH 03801


FIVE STAR CHEMICALS &
SUPPLY, LLC
755 TRI STATE PKWY
GURNEE, IL 60031-5191


FORD MOTOR CREDIT
PO BOX 650574
DALLAS, TX 75265-0574


FOX EQUIPMENT COMPANY
PO BOX 96919
CHARLOTTE, NC 28296-6919


GABRIEL JENSEN
3800 RUTLEDGE RD NE
ALBUQUERQUE, NM 87109-4543


GEOFORCE, INC
5830 GRANITE PARKWAY SUITE 1200
PLANO, TX 75024


GHS PROPERTIES, LLC
PO BOX 504
LA CANADA FLT, CA 91012-0504


GLOBALTRANZ ENTERPRISES
INC.
PO BOX BOX 736808
DALLAS, TX 75373-6808

GRANDSTAND
PO BOX 3497
WICHITA, KS 67201-3497


GREAT WESTERN SPECIALTY
SYSTEMS, INC
8410 WASHINGTON ST. NE SUITE A
ALBUQUERQUE, NM 87113


GS1 US, INC.
DEPT 781271
PO BOX 78000
DETROIT, MI 48278-0001


GSJ BREWERY CONSULTING,
LLC
D/B/A RESTORATION PIZZA, LLC)
1039 COTTONWOOD DR. NW
ALBUQUERQUE, NM 87107


GUSMER ENTERPRISES, INC.
81 M ST
FRESNO, CA 93721-3215


HART DESIGN AND
CONSTRUCTION, INC.
2919 2ND ST NW STE B
ALBUQUERQUE, NM 87107-1444


HARTFORD FIRE INSURANCE
COMPANY
PO BOX 913385
DENVER, CO 80291-3162


HYDE GRANDCHILDREN, LLC
RYAN K. BAILEY; RICHARD E. HYDE
1101 SHERMAN AVE
HOOD RIVER, OR 97031-1421

ICE CRAFTERS BY DAKINE LLC
2400 MORNINGSIDE DR NE
ALBUQUERQUE, NM 87110-3814

IMG COLLEGE LICENSING LLC
1075 PEACHTREE ST NE STE 3300
ATLANTA, GA 30309

IMPERIAL PACKAGING
CORPORATION
601 SKOKIE BLVD # D
NORTHBROOK, IL 60062-2851

INDUSTRIAL WATER
ENGINEERING
8701 ALAMEDA PARK DRIVE NE
ALBUQUERQUE, NM 87113

INTERNAL REVENUE SERVICE
4041 N CENTRAL AVE STE 112
PHOENIX, AZ 85012-5000

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

JOHN BULLARD
3800 RUTLEDGE RD NE
ALBUQUERQUE, NM 87109-4543

JOHNNY'S SEPTIC TANK CO.
INC.
2155 DONA ANA RD
LAS CRUCES, NM 88007-7215

JOHNSON CONTROLS FIRE
PROTECTION LP
5500 MIDWAY PARK PL NE
ALBUQUERQUE, NM 87109


JOTHAM MICHNOVICZ
3800 RUTLEDGE RD NE
ALBUQUERQUE, NM 87109-4543


KARA MICHNOVICZ
3800 RUTLEDGE RD NE
ALBUQUERQUE, NM 87109-4543


KAWIPS NEW MEXICO, LLC
C/O ALLAN SPIWAK
15090-D ROSECRANS AVE PMB #259
MANHATTAN BEACH, CA 90266


KEVIN JAMESON
3800 RUTLEDGE RD NE
ALBUQUERQUE, NM 87109-4543


LA REFORMA
8900 SAN MATEO BLVD. NE SUITE I
ALBUQUERQUE, NM 87113


L-E ELECTRIC, INC.
4558 GERALD DR
LAS CRUCES, NM 88007-5312


LEAVITT GROUP
ENTERPRISES
KYSAR MILLENNIUM LEAVITT
300 W ARRINGTON ST. STE 100
FARMINGTON, NM 87401

LIEN SOLUTIONS
PO BOX 29071
GLENDALE, CA 91209-9071


LINDE GAS & EQUIPMENT
PO BOX 120812
DALLAS, TX 75312-0812


LIVE OAK BANKING COMPANY
1757 TIBURON DR
WILMINGTON, NC 28403-6244


LIVE OAK BANKING COMPANY
100 B STREET SUITE 100
SANTA ROSA, CA 95401


MADDOX PLUMBING
PO BOX 16524
LAS CRUCES, NM 88004-6524


MARBLE BREWERY
PO BOX 25244
ALBUQUERQUE, NM 87125-0244


MAZDA FINANCIAL SERVICES
6400 MAIN STREET SUITE 200
BUFFALO, NY 14221


MECHANICAL CONCEPTS LTD.
CO.
216 CLAREMONT AVE NW
ALBUQUERQUE, NM 87107-1402

MIRA AL SOL, LLC
C/O BEN PERICH
5051 JOURNAL CENTER BLVD NW SUITE
200
ALBUQUERQUE, NM 87109


MVRADA-ALARMS
DEPARTMENT
911 LAKE TAHOE COURT
LAS CRUCES, NM 88007


NATHAN WHINHAM
45 SEGO LANE
CORRALES, NM 87048


NAVITAS CREDIT CORP.
PO BOX 935204
ATLANTA, GA 31193-5204


NEW MEXICO FERMENTS
2506 WASHINGTON ST NE
ALBUQUERQUE, NM 87110-3913


NEW MEXICO MUTUAL
PO BOX 27805
ALBUQUERQUE, NM 87125-7805


NEW MEXICO RECOVERY
FUND, L.P.
C/O SUN MOUNTAIN CAPITAL
527 DON GASPAR AVE
SANTA FE, NM 87505

NEW MEXICO TAXATION &
REVENUE DEPARTMENT
BANKRUPTCY UNIT
PO BOX 50129
ALBUQUERQUE, NM 87181-0129

NEW MEXICO UNITED
3500 CENTRAL AVE SE STE 2
ALBUQUERQUE, NM 87106


NM BREWERS GUILD
1401 MONTEREY PL
SANTA FE, NM 87505


NORCAL HOLDINGS, LLC
8100 WYOMING BLVD NE # M41385
ALBUQUERQUE, NM 87113-1946


NORLAND INTERNATIONAL,
INC
2001 S.W. 6TH STREET
LINCOLN, NE 68522


NORTH MILL CREDIT TRUST
9 EXECUTIVE CIR STE 230
IRVINE, CA 92614-4701


NORTH STAR LEASING
DIVISION OF PEOPLES BANK
PO BOX 4505
BURLINGTON, VT 05406


OLD ORCHARD BRANDS LLC
1991 12 MILE RD NW
SPARTA, MI 49345-9757


ONDECK
ATTN: BANKRUPTCY DEPARTMENT
4700 W DAYBREAK PKWY STE 200
SOUTH JORDAN, UT 84009-5133

PAC WESTERN FINANCIAL, LLC
222 S MAIN ST FL 5
SALT LAKE CTY, UT 84101-2185


PACIFIC OFFICE AUTOMATION
PO BOX 825736
PHILADELPHIA, PA 19182-5736


PAKTECH
70 S BERTELSEN RD
EUGENE, OR 97402-5371


PARKLAND HILLS, INC.
PO BOX 40142
ALBUQUERQUE, NM 87196-0142


PAWNEE LEASING CORPORATION
1400 AMERICAN LN
SCHAUMBURG, IL 60173-5670


PAYLOCITY CORPORATION
1400 AMERICAN LN
SCHAUMBURG, IL 60173-5670


PDG PRESTIGE, INC.
141 N ROADRUNNER PKWY STE 137
LAS CRUCES, NM 88011


PEAK CLEANING LLC
1655 PALO VERDE AVE
LAS CRUCES, NM 88001-1522

PRAXAIR
820 COMANCHE RD NE
ALBUQUERQUE, NM 87107-4107


PROXIMITY MALT
644 SOUTH 5TH STREET
MILWAUKEE, WI 53204


PRUDENTIAL OVERALL
SUPPLY
PO BOX 511886
LOS ANGELES, CA 90051


R&B COMMERCIAL SERVICES,
INC
PO BOX 36378
ALBUQUERQUE, NM 87176


RAHRBSG MALTING CO.
9650 E 40TH AVE STE 200
DENVER, CO 80238-5008


RECEIVABLES CONTROL
CORPORATION
7373 KIRKWOOD CT SUITE 200
OSSEO, MN 55369


RESTAURANT 365
500 TECHNOLOGY DR STE 200
IRVINE, CA 92618-1344


RICHARD AND MICHELLE
DOWDICAN
REVOCABLE TRUST UAD MARCH 25, 2013
1039 COTTONWOOD DR NW
LOS RANCHOS, NM 87107-6751

RYAN AND BRANDI MUMMERT
9523 LYNDALE LN NW
ALBUQUERQUE, NM 87114-5962


SAN DIEGO INC., D/B/A
AUTO-CHLOR SYSTEM
3211 MATTHEW AVE NE
ALBUQUERQUE, NM 87107-1926


SEASAC, LLC
35 MUSIC SQUARE EAST
NASHVILLE, TN 37203


SESAC
35 MUSIC SQ E
NASHVILLE, TN 37203-4322


SHOPS AT LAS SOLERAS, LLC
8220 SAN PEDRO DR NE STE 500
ALBUQUERQUE, NM 87113-2476


SIGN ART OF NEW MEXICO
PO BOX 6391
ALBUQUERQUE, NM 87197-6391


SOUTHERN GLAZER'S WINE &
SPIRITS
123 MONTANO RD NW STE C
ALBUQUERQUE, NM 87107-5098


SOUTHERN SANDOVAL
INVESTMENTS, LTD.
DBA TAMAYA VENTURES
51 JEMEZ CANYON DAM RD STE 201
BERNALILLO, NM 87004-5986

SOUTHWEST COPY SYSTEMS
4545 MCLEOD RD NE
ALBUQUERQUE, NM 87109


SOUTHWEST ENVIROTEC
5486 DEL REY BLVD
LAS CRUCES, NM 88012


STANDARD RESTAURANT
EQUIPMENT CO
1823 COMMERCIAL ST NE STE E
ALBUQUERQUE, NM 87102-1598


SUMMIT FIRE & SECURITY
7131 WASHINGTON ST NE
ALBUQUERQUE, NM 87109-4520


SUPERIOR WINDOW
WASHING
12231 ACADEMY RD NE # 301-163
ALBUQUERQUE, NM 87111-7236


SWIRE COCA-COLA
PO BOX 842545
LOS ANGELES, CA 90084-2545


SYSCO - NEW MEXICO
PO BOX 10942
ALBUQUERQUE, NM 87184-0942


TITAN JOURNAL CENTER
LAND, LLC
6300 RIVERSIDE PLAZA LN NW STE 200
ALBUQUERQUE, NM 87120-2617

TJ'S INDUSTRIES, LLC
4709 LACY SPINE RD NW
ALBUQUERQUE, NM 87114-5376

TODD SCHUMACHER
67 JUNIPER HILL LOOP NE
ALBUQUERQUE, NM 87122-2004

TOLTEC BREWING, LLC
ATTN: ROBERT NAVARRETE
5201 EAGLE ROCK AVE SUITE 2B
ALBUQUERQUE, NM 87113

TRANSPORTATION RENTAL &
SALES, INC
3531 2ND ST. SW
ALBUQUERQUE, NM 87105

U.S. BANK
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 211529
SAINT PAUL, MN 55121

U.S. SMALL BUSINESS
ADMINISTRATION
ATTN: BANKRUPTCY DEPARTMENT
409 3RD ST., SW
WASHINGTON, DC 20416

U.S. SMALL BUSINESS
ADMINISTRATION
1545 HAWKINGS BLVD SUITE 202
EL PASO, TX 79925

UNIFIRST CORPORATION
PO BOX 650481
DALLAS, TX 75265-0481

UNIFIRST FIRST AID &
SAFETY
3499 RIDER TRAIL SOUTH
EARTH CITY, MO 63045


UNSER, LLC
C/O PETERSON PROPERTIES, LLC
2325 SAN PEDRO DR NE STE 2A
ALBUQUERQUE, NM 87110-4121


VMR HOLDING LLC
PO BOX 10923
ALBUQUERQUE, NM 87184-0923


W. T. NICKELL CO.
4360 WINDING CREEK BLVD
BATAVIA, OH 45103-1729


WEBBANK
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 757
PORTSMOUTH, NH 03802


WEBBANK C/O TOAST
CAPITAL
ATTN: BANKRUPTCY DEPARTMENT
333 SUMMER ST
BOSTON, MA 02210-1702


WELCH EQUIPMENT
COMPANY, INC.
PO BOX 676292
DALLAS, TX 75267-6292


WEST MESA LOCK & SAFE
111 NM HIGHWAY 528 NE STE 101
RIO RANCHO, NM 87124-7020

WESTERN MECHANICAL CO.
3301 GIRARD BLVD NE
ALBUQUERQUE, NM 87107


WILLIAM IRWIN
9808 BIG SAGE DR. NW
ALBUQUERQUE, NM 87114


YAKIMA CHIEF HOPS
306 DIVISION ST
YAKIMA, WA 98902-4553


YELLOWSTONE LANDSCAPE
PO BOX 208151
DALLAS, TX 75320-8151

Fill in this information to identify the case:

Debtor name  **Bosque Brewing Co., LLC, a New Mexico limited liability company**

United States Bankruptcy Court for the:

**District of New Mexico**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ *Other document that requires a declaration* **Voluntary Petition**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **10/06/2025**
             MM/ DD/ YYYY

X _____
Signature of individual signing on behalf of debtor

**Gabriel Jensen**
Printed name

**Managing Member/CEO**
Position or relationship to debtor